Matter of Weiss v Pilewski (2023 NY Slip Op 04597)

Matter of Weiss v Pilewski

2023 NY Slip Op 04597

Decided on September 13, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 13, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
DEBORAH A. DOWLING
JANICE A. TAYLOR
LOURDES M. VENTURA, JJ.

2023-03536

[*1]In the Matter of Patricia Weiss, petitioner,
v
Steven A. Pilewski, etc., et al., respondents. Patricia Weiss, Sag Harbor, NY, petitioner pro se.

Letitia James, Attorney General, New York, NY (Melissa Ysaguirre of counsel), for respondent Steven A. Pilewski.

DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78, inter alia, in the nature of mandamus to compel the respondent Steven A. Pilewski, an Acting Justice of the Supreme Court, Suffolk County, to accept and determine a motion captioned Matter of an Application for a Search Warrant to Search: The Premises Located at 361 Flamingo Avenue, Montauk, New York 11397, Search Warrant CC# 20-990567 , filed in that court on March 1, 2023.
ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.
The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman , 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought.
The petitioner's remaining contentions are without merit.
CONNOLLY, J.P., DOWLING, TAYLOR and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court